**FRED J. DAVIS v. W. E. BAGGETT and JOHANNA F. BAGGETT, his wife, and LOUISE BAGGETT, unmarried.**

5 So. (2nd) 693                                    Division A
January 27, 1942            Rehearing Denied February 9, 1942

George P. Garrett, for appellant.
John Tilden and H. M. Jarvis, for appellees.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the Circuit Court, be and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.

**MAUDE JOHNSON v. L. B. JOHNSON**

5 So. (2nd) 694                                    Division A
January 27, 1942

J. B. Hodges, Jr., for appellant.

F. B. Harrell, for appellee.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said final decree; it is, therefore, considered, ordered and adjudged by the Court that the said final decree of the Circuit Court, be and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, JJ., concur.

## CHARLES E. PONTIUS v. MYRTLE PONTIUS

6 So. (2nd) 3                                          Division B
January 27, 1942          Rehearing Denied February 14, 1942